IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**KENNETH R. REID,**
        **Petitioner**

v.

**DAVID J. EBBERT,**
        **Respondent**

Civ. No. 1:15-cv-1355

Judge Rambo

Magistrate Judge Saporito

## O R D E R

**AND NOW**, this 4th day of January, 2016, **IT IS HEREBY ORDERED** that:

1) The report of the magistrate judge is **ADOPTED**;

2) The recommendation of the magistrate judge is **REJECTED**;

3) The petition for a writ of habeas corpus is **DISMISSED WITH PREJUDICE**;

4) The request for appointment of counsel is **MOOT**;

5) The clerk of court shall close this file;

6) The court declines to issue a certificate of appealability.

                                        s/Sylvia H. Rambo
                                       United States District Judge